## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LYCEUM ENTERPRISES INC. DBA LYCEUM II,<br><br>       Plaintiff,<br><br> vs.<br><br>VANTAPRO SPECIALTY INSURANCE COMPANY,<br><br>       Defendant. | Civil Action No. |

## NOTICE OF REMOVAL

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Vantapro Specialty Insurance Company ("Vantapro"), hereby files this Notice of Removal of the above-captioned matter from the Superior Court of the State of New Jersey, Law Division, Ocean County, to the United States District Court for the District of New Jersey. In support of the removal, Vantapro respectfully states:

## THE STATE COURT ACTION

1. On April 9, 2025, Plaintiff LYCEUM ENTERPRISES INC. DBA LYCEUM II ("Plaintiff") filed a Summons and Complaint in the Superior Court of the State of New Jersey, Law Division, Ocean County bearing docket number OCN-L-000991-25 (the "State Court Action"). A copy of the Summons and Complaint in the State Court Action is annexed hereto as Exhibit A.

2.      The Summons and Complaint in the State Court Action was served on Vantapro via a letter from counsel for Plaintiff dated April 16, 2025, which was received on April 22, 2025. A copy of the letter served on Vantapro is annexed hereto as Exhibit B.

3.      This Notice of Removal is, therefore, timely since it has been "filed within thirty days after the receipt by [] Defendant[s], through service or otherwise, of a copy of the initial pleading setting forth the claim for relief…," as required by 28 U.S.C. § 1446(b).

4.      The Summons and Complaint in the State Court Action constitutes all of the processes, pleadings, and orders filed or served in the State Court Action.

5.      The Complaint in the State Court Action constitutes the initial pleading for purposes of removal under 28 U.S.C. § 1446(b) as it references the necessary alleged facts to support this removal.

6.      Vantapro has not yet answered or appeared in the State Court Action and its time to answer or move with respect to the Complaint therein has not yet expired.

## JURISDICTION AND VENUE

7.      This Court holds original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because this is a civil action seeking damages where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

8.      Venue is proper because this district court embraces civil actions filed in the Superior Court of New Jersey. *See* 28 U.S.C. § 1441(a).

9.      No previous application has been made for the relief requested herein.

10.     Accordingly, Vantapro seeks to exercise its right to remove this action from the Superior Court of New Jersey to the United States District Court for the District of New Jersey.

## I.    Complete Diversity of Citizenship Exists Between the Parties

8.    Plaintiff is a corporation organized and existing under the laws of the State of New Jersey bearing Entity Id 0100508273, with a principal place of business at 1004 Barnegat Avenue, Ship Bottom, New Jersey 08008.

9.    Vantapro is now, and was at the time the State Court Action was commenced, a corporation organized and existing under the laws of the State of Arkansas, with its principal place of business located at 199 Water Street New York, NY 10038

10.    Accordingly, the citizenship of the parties is diverse.

## II.    The Amount in Controversy Requirement is Satisfied

11.    The amount-in-controversy requirement for diversity jurisdiction is satisfied in this case because the Complaint references Plaintiff's demand of benefits, which is for the amount of $373,988.44 per its public adjuster's estimate. A copy of the public adjuster's estimate is annexed hereto as Exhibit C.

12.    As such, the "matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a).

## CONCLUSION

13.    In sum, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because diversity of citizenship exists as between Plaintiff and Vantapro, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

14.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk for the Superior Court of New Jersey.

WHEREFORE, Defendant Vantapro Specialty Insurance Company respectfully requests that this action be removed from the Superior Court of New Jersey to the United States District

Court for the District of New Jersey and that this Court assume jurisdiction of this action and make

such further orders as may be required to properly determine this controversy.

Dated:  May 14, 2025

Respectfully submitted,

/s/ *Costantino P. Suriano*
Costantino P. Suriano
Amir M. Botros
**MOUND COTTON WOLLAN**
 **& GREENGRASS LLP**
30A Vreeland Road, Suite 210
Florham Park, New Jersey 07932
973-494-0600
csuriano@moundcotton.com
abotros@moundcotton.com

*Attorneys for Defendant*
*Vantapro Specialty Insurance Company*

# EXHIBIT A

**WHEELER DIULIO & BARNABEI, P.C.**
BY: Anthony DiUlio, Esquire                                     Attorney for Plaintiff
Attorney I.D. No.: 018072012
1650 Arch Street
Suite 2200
Philadelphia, PA  19103
Phone: (215) 971-1000
Email: adiulio@wdblegal.com

| | |
|---|---|
| LYCEUM ENTERPRISES INC. DBA LYCEUM II<br>1004 Barnegat Ave.<br>Ship Bottom, NJ 08008<br><br>vs.<br><br>VANTAPRO SPECIALTY INSURANCE COMPANY<br>199 Water Street<br>New York, NY  10098 | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br><br>OCEAN COUNTY<br><br>DOCKET NO.<br><br>**CIVIL ACTION COMPLAINT,<br>DESIGNATION OF TRIAL COUNSEL<br>AND JURY DEMAND** |

Plaintiff, Lyceum Enterprises Inc. DBA Lyceum II, (hereinafter referred to as "Plaintiff") residing at 1004 Barnegat Ave., Ship Bottom, NJ 08008, by way of Complaint against the Defendant, Vantapro Specialty Insurance Company, says:

## FIRST COUNT

1.      At all times referred to herein, Defendant, Vantapro Specialty Insurance Company, is a business duly organized and existing which is licensed to issue policies of insurance in the State of New Jersey and maintains a place of business located at 199 Water Street, New York, NY  10098.

2.      Defendant, in its regular course of business, issued to Plaintiff a policy of insurance covering Plaintiff's premises located at 685 Mill Creek Rd, Manahawkin, NJ 08050.  A copy of the Policy is not in Plaintiff's possession, but a copy of same is believed to be in Defendant's care, custody and control.

3.      On or about 4/29/2023, while said policy of insurance was in full force and effect, Plaintiff suffered direct physical loss to the insured premises.

4.      Notice of this covered loss was given to Defendant in a prompt and timely manner, and Plaintiff has done and otherwise performed all things required of Plaintiff under the policy of insurance issued by Defendant.

5.      Defendant, despite demand for benefits under its policy of insurance, has failed and refused to pay to Plaintiff those benefits due and owing under said policy of insurance.

6.      Defendant has breached its contractual obligations to pay benefits to Plaintiff for a loss covered under Defendant's policy of insurance.

7.      Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the aforesaid policy of insurance, Plaintiff has suffered loss and damage to the property, forcing expenses to be incurred to repair and replace the damaged property.

**WHEREFORE**, Plaintiff demands judgment against Defendant for compensatory damages, costs of suit, and such other relief as the Court may deem equitable and just.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule 4:25-4, Anthony DiUlio, Esquire, is hereby designated as trial counsel in the above-captioned litigation on behalf of the firm of Wheeler, DiUlio & Barnabei, P.C.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury on all the issues so triable herein.

## CERTIFICATION PURSUANT TO RULE 4:51

The matter in controversy is not the subject of any other action pending in any other Court.  There are no pending arbitration proceedings.  No other action or arbitration proceedings

are contemplated.  No non-party is known who would be subject to joinder because of potential

liability.

      I hereby certify that the foregoing statements made by me are true.  I am aware that if any

of the foregoing statements made by me are willfully false, I am subject to punishment.


                              WHEELER, DIULIO & BARNABEI, P.C.


                          BY:   */s/   Anthony DiUlio*
                              ANTHONY DIULIO, ESQUIRE
                              Attorney for Plaintiff

Dated: April 9, 2025

# Civil Case Information Statement

## Case Details: OCEAN | Civil Part Docket# L-000991-25

**Case Caption:** LYCEUM ENTERPRISES I NC.  VS
VANTAPRO SPECIALTY I

**Case Initiation Date:** 04/09/2025

**Attorney Name:** ANTHONY J DIULIO

**Firm Name:** WHEELER, DIULIO & BARNABEI, PC

**Address:** 1650 ARCH ST. STE 2200

PHILADELPHIA PA 19103

**Phone:** 2155682900

**Name of Party:** PLAINTIFF : Lyceum Enterprises Inc.

**Name of Defendant's Primary Insurance Company**

(if known): Unknown

**Case Type:** CONTRACT/COMMERCIAL TRANSACTION

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 12 JURORS

**Is this a professional malpractice case?** NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: Lyceum Enterprises Inc.?** NO

## THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE

### CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** YES

**If yes, is that relationship:** Other(explain)   Insurance

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
**If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO
**Medical Debt Claim?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

04/09/2025

Dated

/s/ ANTHONY J DIULIO

Signed

# EXHIBIT B

# WHEELER DIULIO & BARNABEI

THE PROPERTY DAMAGE ATTORNEYS

RECEIVED

APR 2 2 2025

Legal Dept.

| PHILADELPHIA OFFICE | NEW JERSEY OFFICE |
|---|---|
| 1650 Arch Street | 1040 Kings Highway North |
| Suite 2200 | Suite 205 |
| Philadelphia, PA 19103 | Cherry Hill, NJ 08034 |
| 215.971.1000 | 856.874.1447 |
| 215.568.2901 | 215.568.2901 |

E-mail: adiulio@wdblegal.com

April 16, 2025

Vantapro Specialty Insurance Company
199 Water Street
New York, NY 10098

RE:    Lyceum Enterprises Inc. DBA Lyceum II Health & Fitness Club v. Vantapro Specialty Insurance Company
DOL: 4/29/2023
Loss Address: 685 Mill Creek Rd, Manahawkin, NJ 08050

Dear Vantapro Specialty Insurance Company,

Enclosed please find a true and correct copy of Summons, Track Assignment Notice and Complaint filed against you in the above matter. Please be advised that you have thirty-five (35) days from receipt of these documents in which to respond to this Complaint.

Kindly forward this Complaint to your attorney immediately.

Sincerely,

/s/ *Anthony DiUlio*
ANTHONY DIULIO

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED
NO. 9589 0710 5270 1823 0405 22**

**WHEELER DIULIO & BARNABEI, P.C.**
BY: Anthony DiUlio, Esquire                                          Attorney for Plaintiff
Attorney I.D. No.: 018072012
1650 Arch Street
Suite 2200
Philadelphia, PA 19103
Phone: (215) 971-1000
Email: adiulio@wdblegal.com

| | |
|---|---|
| LYCEUM ENTERPRISES INC. DBA LYCEUM II<br>1004 Barnegat Ave.<br>Ship Bottom, NJ 08008 | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br><br>OCEAN COUNTY<br><br>DOCKET NO. OCN-L-000991-25 |
| vs. | |
| VANTAPRO SPECIALTY INSURANCE COMPANY<br>199 Water Street<br>New York, NY 10098 | **SUMMONS** |

From The State of New Jersey, To The Defendant(s) Named Above:

The Plaintiff(s), named above, have filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer of motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971 Trenton, NJ 08625. A $175.00 filing fee payable to the clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to Plaintiff's attorney whose name and address appear above, or to Plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer of motion if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief Plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not

eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

　　　　　　　　　　　　　　　　　　_/s/ Michelle M. Smith_
　　　　　　　　　　　　　　　　　　Michelle M. Smith, Acting Clerk
　　　　　　　　　　　　　　　　　　of the Superior Court

DATED:　　　　April 16, 2025

Name and Address of Defendant for Service:　　　　**VANTAPRO SPECIALTY INSURANCE COMPANY**
**199 Water Street**
**New York, NY 10098**



# WHEELER DIULIO & BARNABEI

THE PROPERTY DAMAGE ATTORNEYS

**PHILADELPHIA OFFICE**
1650 Arch Street
Suite 2200
Philadelphia, PA 19103
📞 215.971.1000
🖨 215.568.2901

**NEW JERSEY OFFICE**
1040 Kings Highway North
Suite 205
Cherry Hill, NJ 08034
📞 856.874.1447
🖨 215.568.2901

RECEIVED

APR 2 2 2025

Legal Dept.

E-mail: adiulio@wdblegal.com

April 16, 2025

Vantapro Specialty Insurance Company
199 Water Street
New York, NY 10098

> RE:   Lyceum Enterprises Inc. DBA Lyceum II Health & Fitness Club v. Vantapro Specialty
>        Insurance Company
>        DOL: 4/29/2023
>        Loss Address: 685 Mill Creek Rd, Manahawkin, NJ 08050

Dear Vantapro Specialty Insurance Company,

  Enclosed please find a true and correct copy of Summons, Track Assignment Notice and Complaint filed against you in the above matter.  Please be advised that you have thirty-five (35) days from receipt of these documents in which to respond to this Complaint.

  Kindly forward this Complaint to your attorney immediately.

  Sincerely,

  /s/ *Anthony DiUlio*
ANTHONY DIULIO

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED
NO. 9589 0710 5270 1823 0405 22**

**WHEELER DIULIO & BARNABEI, P.C.**
BY: Anthony DiUlio, Esquire                                              Attorney for Plaintiff
Attorney I.D. No.: 018072012
1650 Arch Street
Suite 2200
Philadelphia, PA 19103
Phone: (215) 971-1000
Email: adiulio@wdblegal.com

---

| | |
|---|---|
| LYCEUM ENTERPRISES INC. DBA LYCEUM II<br>1004 Barnegat Ave.<br>Ship Bottom, NJ 08008<br><br>vs.<br><br>VANTAPRO SPECIALTY INSURANCE COMPANY<br>199 Water Street<br>New York, NY 10098 | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br><br>OCEAN COUNTY<br><br>DOCKET NO. OCN-L-000991-25<br><br>**SUMMONS** |

From The State of New Jersey, To The Defendant(s) Named Above:

The Plaintiff(s), named above, have filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer of motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971 Trenton, NJ 08625. A $175.00 filing fee payable to the clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to Plaintiff's attorney whose name and address appear above, or to Plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer of motion if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief Plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not

eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

/s/ Michelle M. Smith
Michelle M. Smith, Acting Clerk
of the Superior Court

DATED:       April 16, 2025

Name and Address of Defendant for Service:       **VANTAPRO SPECIALTY INSURANCE COMPANY**
**199 Water Street**
**New York, NY 10098**

**WHEELER DIULIO & BARNABEI, P.C.**
BY: Anthony DiUlio, Esquire                          Attorney for Plaintiff
Attorney I.D. No.: 018072012
1650 Arch Street
Suite 2200
Philadelphia, PA  19103
Phone: (215) 971-1000
Email: adiulio@wdblegal.com

| | |
|---|---|
| LYCEUM ENTERPRISES INC. DBA LYCEUM II<br>1004 Barnegat Ave.<br>Ship Bottom, NJ 08008<br><br>vs.<br><br>VANTAPRO SPECIALTY INSURANCE COMPANY<br>199 Water Street<br>New York, NY  10098 | SUPERIOR COURT OF NEW JERSEY LAW DIVISION<br><br>OCEAN COUNTY<br><br>DOCKET NO.<br><br>**CIVIL ACTION COMPLAINT, DESIGNATION OF TRIAL COUNSEL AND JURY DEMAND** |

Plaintiff, Lyceum Enterprises Inc. DBA Lyceum II, (hereinafter referred to as "Plaintiff")

residing at 1004 Barnegat Ave., Ship Bottom, NJ 08008, by way of Complaint against the

Defendant, Vantapro Specialty Insurance Company, says:

## FIRST COUNT

1.    At all times referred to herein, Defendant, Vantapro Specialty Insurance

Company, is a business duly organized and existing which is licensed to issue policies of

insurance in the State of New Jersey and maintains a place of business located at 199 Water

Street, New York, NY  10098.

2.    Defendant, in its regular course of business, issued to Plaintiff a policy of

insurance covering Plaintiff's premises located at 685 Mill Creek Rd, Manahawkin, NJ 08050.  A

copy of the Policy is not in Plaintiff's possession, but a copy of same is believed to be in

Defendant's care, custody and control.

3.      On or about 4/29/2023, while said policy of insurance was in full force and effect, Plaintiff suffered direct physical loss to the insured premises.

4.      Notice of this covered loss was given to Defendant in a prompt and timely manner, and Plaintiff has done and otherwise performed all things required of Plaintiff under the policy of insurance issued by Defendant.

5.      Defendant, despite demand for benefits under its policy of insurance, has failed and refused to pay to Plaintiff those benefits due and owing under said policy of insurance.

6.      Defendant has breached its contractual obligations to pay benefits to Plaintiff for a loss covered under Defendant's policy of insurance.

7.      Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the aforesaid policy of insurance, Plaintiff has suffered loss and damage to the property, forcing expenses to be incurred to repair and replace the damaged property.

**WHEREFORE**, Plaintiff demands judgment against Defendant for compensatory damages, costs of suit, and such other relief as the Court may deem equitable and just.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule 4:25-4, Anthony DiUlio, Esquire, is hereby designated as trial counsel in the above-captioned litigation on behalf of the firm of Wheeler, DiUlio & Barnabei, P.C.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury on all the issues so triable herein.

## CERTIFICATION PURSUANT TO RULE 4:51

The matter in controversy is not the subject of any other action pending in any other Court.  There are no pending arbitration proceedings.  No other action or arbitration proceedings

are contemplated.  No non-party is known who would be subject to joinder because of potential

liability.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any

of the foregoing statements made by me are willfully false, I am subject to punishment.


WHEELER, DIULIO & BARNABEI, P.C.


BY:  _/s/  Anthony DiUlio___
ANTHONY DIULIO, ESQUIRE
Attorney for Plaintiff

Dated: April 9, 2025

# Civil Case Information Statement

## Case Details: OCEAN | Civil Part Docket# L-000991-25

**Case Caption:** LYCEUM ENTERPRISES I NC.  VS
VANTAPRO SPECIALTY I

**Case Initiation Date:** 04/09/2025

**Attorney Name:** ANTHONY J DIULIO

**Firm Name:** WHEELER, DIULIO & BARNABEI, PC

**Address:** 1650 ARCH ST. STE 2200

PHILADELPHIA PA 19103

**Phone:** 2155682900

**Name of Party:** PLAINTIFF : Lyceum Enterprises Inc.

**Name of Defendant's Primary Insurance Company**

(if known): Unknown

**Case Type:** CONTRACT/COMMERCIAL TRANSACTION

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 12 JURORS

**Is this a professional malpractice case?**  NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same
transaction or occurrence)?** NO

**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: Lyceum Enterprises Inc.?** NO

---

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
#### CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** YES

**If yes, is that relationship:** Other(explain)   Insurance

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual
management or accelerated disposition:**


**Do you or your client need any disability accommodations?** NO
   **If yes, please identify the requested accommodation:**


**Will an interpreter be needed?** NO
   **If yes, for what language:**


**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO
**Medical Debt Claim?** NO

---

I certify that confidential personal identifiers have been redacted from documents now submitted to the
court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

04/09/2025                                                          /s/ ANTHONY J DIULIO
Dated                                                                              Signed

OCEAN COUNTY SUPERIOR COURT
OCEAN COUNTY COURTHOUSE
CIVIL LAW DIVISION
TOMS RIVER          NJ 08754

                              TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (732) 504-0700
COURT HOURS  8:30 AM - 4:30 PM

                    DATE:   APRIL 09, 2025
                    RE:     LYCEUM ENTERPRISES I NC.  VS VANTAPRO SPECIALTY I
                    DOCKET: OCN L -000991 25

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     THE MANAGING JUDGE ASSIGNED IS:  HON ROBERT E. BRENNER

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM 002
AT: (732) 504-0700 EXT 64366.

     THE SUPREME COURT HAS APPROVED A PILOT PROGRAM IN THIS COUNTY TO EXPEDITE
CIVIL ACTIONS.  THIS CASE HAS BEEN ASSIGNED TO THE EXPEDITED CIVIL (ECA) PILOT PROGRAM.

     DISCOVERY IS 195 DAYS AND RUNS FROM THE FILING OF THE FIRST RESPONSIVE PLEADING.

     YOU MAY SEEK REMOVAL FROM THE ECA PILOT PROGRAM BY FILING AND SERVING A
LETTER OF INTENT SETTING FORTH THE BASIS FOR REMOVAL FROM THE ECA PILOT PROGRAM
NO LESS THAN 10 DAYS PRIOR TO THE INITIAL CASE MANAGEMENT CONFERENCE.  A PARTY
MAY FILE AND SERVE A LETTER OBJECTING TO REMOVAL FROM THE ECA PILOT PROGRAM NO
LESS THAN 5 DAYS BEFORE THE INITIAL CASE MANAGEMENT CONFERENCE.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                    ATTENTION:

                              ATT: ANTHONY J. DIULIO
                              WHEELER, DIULIO & BARNABEI, PC
                              1650 ARCH ST.
                              STE 2200
                              PHILADELPHIA     PA 19103

ECOURTS

# EXHIBIT C



## Metro Public Adjustment, Inc.

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com

Insured:     Little, Lloyd                                    Cellular:   (609) 389-5430
Property:    685 Mill Creek Road                              E-mail:     lloyd54@verizon.net
             Manahawkin, NJ 08050

Claim Rep.:   None

Estimator:    None

**Claim Number:** AU234861          **Policy Number:** 5075-6290-02          **Type of Loss:**

Date of Loss:                                    Date Received:
Date Inspected:                                  Date Entered:     6/28/2024 4:18 PM

Price List:    NJAC8X_JUN24
               Restoration/Service/Remodel
Estimate:      2024-06-0244

The following estimate is only an approximation of the damages suffered, or expenses incurred, by the insured. No warranty or representation with regard to the accuracy of the estimate is expressed or implied and none should be inferred. The actual damages suffered, or expenses incurred, could be higher or lower than the estimate, even significantly, depending on variances in a number of factors affecting the estimate and the accuracy of the information and assumptions upon which the estimate is based. The estimate is based upon, among other things: information provided to us by the insured; our own observations; measurements taken by our own representatives, the insured and others engaged by the insured; as well as certain assumptions made by us.

Many factors may affect the amount of the estimate where compensation has already been received by the insured for the damage, and with regard to which payment we were not informed; the cost of one contractor varying from another contractor as a result of a number of factors, including, without limitation, the quality of the work, the quality of the materials, or warranties provided by such contractors; damages that were not observed at the time the estimate was rendered because of a lack of accessibility or weather; and all other factors beyond our reasonable control.

This estimate has been calculated for informational purposes only, and is based upon our good faith belief as the damages suffered or expenses incurred as a result of the particular loss, and only represents one opinion as to the method of repair, restoration, or replacement.

Any reliance on the estimate is at your own risk and you agree to hold Metro Public Adjustment, Inc., its representatives, employees, agents, officers, and principals harmless in the event of such reliance.
Copyright 1996 Metro Public Adjustment, Inc

Mark Jacoby
Public Adjuster
Metro Public Adjustment, Inc.
3551 Bristol Pike
Bensalem, PA 19020
(732) 659 4357
mjacoby@metropa.com



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com

2024-06-0244

Roof

### Roof1



| | |
|---|---|
| 12594.47 Surface Area | 125.94 Number of Squares |
| 466.09 Total Perimeter Length | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Roofing** | | | | | | | |
| 1. R&R Rubber roofing - Mechanically attached - 45 mil | 125.94 SQ | 653.89 | 3,301.23 | 17,293.70 | 102,945.84 | (17,812.15) | 85,133.69 |
| 2. R&R Aluminum termination bar / flashing for membrane roofs | 299.09 LF | 4.00 | 47.96 | 251.24 | 1,495.56 | (131.60) | 1,363.96 |
| 3. R&R Fiberboard - 3" | 12,594.47 SF | 3.77 | 1,903.39 | 9,971.04 | 59,355.58 | (19,521.43) | 39,834.15 |
| 4. R&R Flash parapet wall only - up to 3' | 299.09 LF | 17.76 | 212.94 | 1,115.48 | 6,640.25 | (640.05) | 6,000.20 |
| 5. R&R Curb flashing - rubber | 167.00 LF | 26.29 | 175.99 | 921.99 | 5,488.41 | (1,803.20) | 3,685.21 |
| 6. Cast iron pipe (no hub) - Detach & reset | 1.00 LF | 61.26 | 2.46 | 12.87 | 76.59 | (0.00) | 76.59 |
| 7. Membrane Roofing Installer - per hour | 32.00 HR | 118.53 | 152.05 | 796.53 | 4,741.54 | (0.00) | 4,741.54 |
| **Totals: Roof1** | | | 5,796.02 | 30,362.85 | 180,743.77 | 39,908.43 | 140,835.34 |

### Roof2



| | |
|---|---|
| 511.50 Surface Area | 5.12 Number of Squares |
| 120.96 Total Perimeter Length | 10.17 Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8. Tear off composition shingles (no haul off) | 5.12 SQ | 57.25 | 11.75 | 61.55 | 366.42 | (0.00) | 366.42 |
| 9. Re-nailing of roof sheathing - complete re-nail | 511.50 SF | 0.26 | 5.34 | 27.93 | 166.26 | (0.75) | 165.51 |
| 10. Laminated - High grade - comp. shingle rfg. - w/ felt | 5.67 SQ | 345.83 | 78.60 | 411.79 | 2,451.25 | (553.97) | 1,897.28 |
| 11. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 5.12 SQ | 21.35 | 4.38 | 22.95 | 136.64 | (0.00) | 136.64 |



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com

### CONTINUED - Roof2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 12. Additional charge for steep roof - 7/12 to 9/12 slope | 5.12 SQ | 48.66 | 9.98 | 52.32 | 311.44 | (0.00) | 311.44 |
| 13. Additional charge for high roof (2 stories or greater) | 5.12 SQ | 21.49 | 4.42 | 23.10 | 137.55 | (0.00) | 137.55 |
| 14. Ice & water barrier | 20.33 SF | 1.76 | 1.44 | 7.52 | 44.74 | (7.60) | 37.14 |
| 15. Asphalt starter - universal starter course | 120.96 LF | 2.14 | 10.38 | 54.36 | 323.59 | (76.20) | 247.39 |
| 16. R&R Hip / Ridge cap - cut from 3 tab - composition shingles | 10.17 LF | 7.79 | 3.17 | 16.63 | 99.02 | (13.25) | 85.77 |
| 17. R&R Drip edge | 120.96 LF | 3.50 | 16.96 | 88.91 | 529.23 | (95.04) | 434.19 |
| 18. Step flashing | 30.00 LF | 10.77 | 12.95 | 67.85 | 403.90 | (37.15) | 366.75 |
| **Totals: Roof2** | | | 159.37 | 834.91 | 4,970.04 | 783.96 | 4,186.08 |



**Roof3**

439.23 Surface Area      4.39 Number of Squares
102.90 Total Perimeter Length      9.92 Total Ridge Length

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 19. Tear off composition shingles (no haul off) | 4.39 SQ | 57.25 | 10.08 | 52.78 | 314.19 | (0.00) | 314.19 |
| 20. Re-nailing of roof sheathing - complete re-nail | 439.23 SF | 0.26 | 4.57 | 23.98 | 142.75 | (0.64) | 142.11 |
| 21. Roofing felt - 30 lb. | 4.39 SQ | 42.89 | 7.55 | 39.54 | 235.38 | (66.95) | 168.43 |
| 22. Laminated - High grade - comp. shingle rfg. - w/ felt | 4.67 SQ | 345.83 | 64.75 | 339.15 | 2,018.93 | (456.27) | 1,562.66 |
| 23. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 4.39 SQ | 21.35 | 3.76 | 19.68 | 117.17 | (0.00) | 117.17 |
| 24. Additional charge for steep roof - 7/12 to 9/12 slope | 4.39 SQ | 48.66 | 8.57 | 44.86 | 267.05 | (0.00) | 267.05 |
| 25. Additional charge for high roof (2 stories or greater) | 4.39 SQ | 21.49 | 3.79 | 19.81 | 117.94 | (0.00) | 117.94 |
| 26. Ice & water barrier | 19.83 SF | 1.76 | 1.40 | 7.33 | 43.63 | (7.42) | 36.21 |
| 27. Asphalt starter - universal starter course | 102.90 LF | 2.14 | 8.83 | 46.24 | 275.28 | (64.83) | 210.45 |



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com

**CONTINUED - Roof3**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28. R&R Hip / Ridge cap - cut from 3 tab - composition shingles | 9.92 LF | 7.79 | 3.10 | 16.23 | 96.60 | (12.92) | 83.68 |
| 29. R&R Drip edge | 102.90 LF | 3.50 | 14.44 | 75.64 | 450.23 | (80.85) | 369.38 |
| 30. Step flashing | 30.00 LF | 10.77 | 12.95 | 67.85 | 403.90 | (37.15) | 366.75 |
| 31. R&R Gutter / downspout - aluminum - up to 5" | 0.00 LF | 9.69 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| 32. R&R Gable cornice return - 3 tab | 0.00 EA | 104.44 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: Roof3** | | | **143.79** | **753.09** | **4,483.05** | **727.03** | **3,756.02** |

### Roof4

| | | |
|---|---|---|
| 821.83 Surface Area | | 8.22 Number of Squares |
| 323.96 Total Perimeter Length | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 33. R&R Rubber roofing - Mechanically attached - 45 mil | 8.22 SQ | 653.89 | 215.48 | 1,128.75 | 6,719.21 | (1,162.58) | 5,556.63 |
| 34. R&R Gravel stop | 172.00 LF | 2.89 | 19.93 | 104.39 | 621.40 | (95.14) | 526.26 |
| **Totals: Roof4** | | | **235.41** | **1,233.14** | **7,340.61** | **1,257.72** | **6,082.89** |



### Roof5

| | | |
|---|---|---|
| 40.19 Surface Area | | 0.40 Number of Squares |
| 28.40 Total Perimeter Length | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com

### CONTINUED - Roof5

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 35. R&R Rubber roofing - Mechanically attached - 45 mil | 0.40 SQ | 653.89 | 10.50 | 54.93 | 326.98 | (56.57) | 270.41 |
| 36. R&R Gravel stop | 16.40 LF | 2.89 | 1.90 | 9.95 | 59.25 | (9.07) | 50.18 |
| **Totals: Roof5** | | | **12.40** | **64.88** | **386.23** | **65.64** | **320.59** |

#### Roof6

156.00 Total Perimeter Length

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 37. R&R Rubber roofing - Mechanically attached - 45 mil | 0.00 SQ | 653.89 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| 38. R&R Gravel stop | 70.00 LF | 2.89 | 8.10 | 42.48 | 252.88 | (38.72) | 214.16 |
| **Totals: Roof6** | | | **8.10** | **42.48** | **252.88** | **38.72** | **214.16** |
| **Total: Roof** | | | **6,355.09** | **33,291.35** | **198,176.58** | **42,781.50** | **155,395.08** |

### Miscellaneous

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39. Fall protection harness and lanyard (per day) | 8.00 DA | 8.00 | 2.57 | 13.44 | 80.01 | (0.00) | 80.01 |
| 40. Roofing - General Laborer - per hour | 40.00 HR | 58.49 | 93.79 | 491.32 | 2,924.71 | (0.00) | 2,924.71 |
| 41. Crane and operator - 14 ton capacity - 65' extension boom | 40.00 HR | 213.04 | 341.61 | 1,789.54 | 10,652.75 | (0.00) | 10,652.75 |
| 42. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA | 1,347.50 | 108.04 | 565.95 | 3,368.99 | (0.00) | 3,368.99 |
| **Totals: Miscellaneous** | | | **546.01** | **2,860.25** | **17,026.46** | **0.00** | **17,026.46** |



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com

### Parapet walls

| Parapet Walls | | Height: 5' |
|---|---|---|



| | |
|---|---|
| 2385.00 SF Walls | 12142.72 SF Ceiling |
| 14527.72 SF Walls & Ceiling | 12142.72 SF Floor |
| 1349.19 SY Flooring | 477.00 LF Floor Perimeter |
| 477.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 43. Metal roofing - Detach & reset | 368.33 SF | 6.10 | 90.07 | 471.83 | 2,808.71 | (0.00) | 2,808.71 |
| Totals: Parapet Walls | | | 90.07 | 471.83 | 2,808.71 | 0.00 | 2,808.71 |
| Total: Parapet walls | | | 90.07 | 471.83 | 2,808.71 | 0.00 | 2,808.71 |

### Level 1

Level 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 44. Mirror - plate glass - Detach & reset | 1,165.20 SF | 9.58 | 447.48 | 2,344.15 | 13,954.25 | (0.00) | 13,954.25 |
| 45. Clean the walls - Light | 11,652. SF 00 | 0.33 | 154.14 | 807.49 | 4,806.79 | (0.00) | 4,806.79 |
| 46. Seal/prime (1 coat) then paint (1 coat) the walls | 11,652. SF 00 | 1.27 | 593.21 | 3,107.58 | 18,498.83 | (2,679.96) | 15,818.87 |
| 47. R&R 5/8" drywall - hung, taped, floated, ready for paint | 160.00 SF | 3.76 | 24.11 | 126.33 | 752.04 | (18.07) | 733.97 |
| 48. Final cleaning - construction - Commercial | 12,190. SF 67 | 0.25 | 122.17 | 640.01 | 3,809.85 | (0.00) | 3,809.85 |
| Total: Level 1 | | | 1,341.11 | 7,025.56 | 41,821.76 | 2,698.03 | 39,123.73 |



| Room1 | | Height: 24' |
|---|---|---|

| | |
|---|---|
| 8296.00 SF Walls | 7321.83 SF Ceiling |
| 15617.83 SF Walls & Ceiling | 7321.83 SF Floor |
| 813.54 SY Flooring | 345.67 LF Floor Perimeter |
| 345.67 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 49. R&R Acoustic ceiling tile - High grade | 7,321.83 SF | 6.14 | 1,802.17 | 9,440.78 | 56,198.99 | (2,727.63) | 53,471.36 |



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com

### CONTINUED - Room1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Room1** | | | 1,802.17 | 9,440.78 | 56,198.99 | 2,727.63 | 53,471.36 |
| | | | | | | | |
| **Total: Level 1** | | | 3,143.28 | 16,466.34 | 98,020.75 | 5,425.66 | 92,595.09 |

### Level 2

### Level 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 50. Mirror - plate glass - Detach & reset | 839.00 SF | 9.58 | 322.21 | 1,687.90 | 10,047.73 | (0.00) | 10,047.73 |
| 51. Clean the walls - Light | 3,356.00 SF | 0.33 | 44.39 | 232.57 | 1,384.44 | (0.00) | 1,384.44 |
| 52. Seal/prime (1 coat) then paint (1 coat) the walls and ceiling | 8,224.83 SF | 1.27 | 418.73 | 2,193.56 | 13,057.82 | (1,891.71) | 11,166.11 |
| 53. Final cleaning - construction - Commercial | 4,868.83 SF | 0.25 | 48.80 | 255.61 | 1,521.62 | (0.00) | 1,521.62 |
| **Total: Level 2** | | | 834.13 | 4,369.64 | 26,011.61 | 1,891.71 | 24,119.90 |

**Balcony Level**                                                                Height: 12'

3356.00 SF Walls                        4868.83 SF Ceiling
8224.83 SF Walls & Ceiling         4868.83 SF Floor
540.98 SY Flooring                     279.67 LF Floor Perimeter
279.67 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 54. R&R Acoustic ceiling tile - High grade | 3,268.83 SF | 6.14 | 804.58 | 4,214.83 | 25,090.03 | (1,217.75) | 23,872.28 |
| **Totals: Balcony Level** | | | 804.58 | 4,214.83 | 25,090.03 | 1,217.75 | 23,872.28 |
| **Total: Level 2** | | | 1,638.71 | 8,584.47 | 51,101.64 | 3,109.46 | 47,992.18 |

### Miscellaneous



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55.  Equipment Operator - per hour | 1.00 HR | 88.61 | 3.56 | 18.61 | 110.78 | (0.00) | 110.78 |
| 56.  Boom or spider lift - 30'-45' reach (per day) | 3.00 DA | 435.74 | 52.41 | 274.51 | 1,634.14 | (0.00) | 1,634.14 |
| 57.  R&R Fluorescent - four tube - 4' - strip light | 24.00 EA | 168.79 | 162.39 | 850.70 | 5,064.05 | (0.00) | 5,064.05 |
| 58.  Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 1,347.50 | 54.01 | 282.98 | 1,684.49 | (0.00) | 1,684.49 |
| **Totals:  Miscellaneous** | | | **272.37** | **1,426.80** | **8,493.46** | **0.00** | **8,493.46** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 59.  Gutter labor minimum | 1.00 EA | 279.97 | 11.23 | 58.80 | 350.00 | (0.00) | 350.00 |
| 60.  Drywall labor minimum | 1.00 EA | 3.13 | 0.12 | 0.65 | 3.90 | (0.00) | 3.90 |
| 61.  Plumbing labor minimum | 1.00 EA | 272.60 | 10.93 | 57.25 | 340.78 | (0.00) | 340.78 |
| 62.  Heavy equipment labor minimum | 1.00 EA | 132.93 | 5.32 | 27.91 | 166.16 | (0.00) | 166.16 |
| **Totals:  Labor Minimums Applied** | | | **27.60** | **144.61** | **860.84** | **0.00** | **860.84** |
| **Line Item Totals:  2024-06-0244** | | | **12,073.13** | **63,245.65** | **376,488.44** | **51,316.62** | **325,171.82** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 17,393.00 | SF Walls | 29,202.22 | SF Ceiling | 46,595.22 | SF Walls and Ceiling |
| 29,202.22 | SF Floor | 3,244.69 | SY Flooring | 1,382.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 1,382.00 | LF Ceil. Perimeter |
| | | | | | |
| 29,202.22 | Floor Area | 29,639.67 | Total Area | 17,393.00 | Interior Wall Area |
| 16,561.37 | Exterior Wall Area | 1,242.00 | Exterior Perimeter of Walls | | |
| | | | | | |
| 14,407.22 | Surface Area | 144.07 | Number of Squares | 1,198.30 | Total Perimeter Length |
| 20.08 | Total Ridge Length | 0.00 | Total Hip Length | | |



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 301,169.66 |
| Overhead | 30,116.96 |
| Profit | 33,128.69 |
| Total Tax(Rep-Maint) | 12,073.13 |
| **Replacement Cost Value** | **$376,488.44** |
| Less Depreciation | (51,316.62) |
| **Actual Cash Value** | **$325,171.82** |
| Less Deductible | (2,500.00) |
| **Net Claim** | **$322,671.82** |
| Total Recoverable Depreciation | 51,316.62 |
| **Net Claim if Depreciation is Recovered** | **$373,988.44** |

None

General Contractor and Subcontractor Overhead and Profit

When Xactware surveys prices from contractors in the field, the unit prices the contractors provide are intended to be inclusive of costs and fees associated with performing the task, but exclude any general overhead and profit percentage.

While most often what is referred to as overhead and profit (O&P) is general overhead and profit paid to the general contractor, there is an additional category of O&P that is often not mentioned: this is the O&P required by the subcontractor who performs the work.

The unit prices published by Xactware should include the general contractor's cost to either perform the work with in-house employees or to hire a subcontractor.

Because subcontractors incur their own overhead and also desire a profit, it can be reasonably assumed that the unit prices published by Xactware include the subcontractor's O&P, but do not include the general contractor's O&P.

Summary:

When used, general overhead and profit is most commonly added to the end of the estimate as a percentage of the total job; therefore, the general overhead and profit percentage is not included within the unit prices published by Xactware. Subcontractor's O&P is intended to be included within the unit prices.



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



1     5-P1450404                    Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



2      3-P1450635                    Date Taken: 11/1/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



3    4-P1450647            Date Taken: 11/11/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



4      6-P1450410                     Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



5       7-P1450441                    Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



6     8-P1450442                    Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



7       9-P1450446                Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



8    10-P1450448                    Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



9    11-P1450455              Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



10      12-P1450459              Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



11      13-P1450460              Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



12    14-P1450467              Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



13      1-ShingleDamage1



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



14      2-ShingleDamage2



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



15    15-P1450473              Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



16      16-P1450474              Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



17      17-P1450475                    Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



18    18-P1450477          Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



19      19-P1450488              Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



20      20-P1450491                    Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



21      21-P1450499                    Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



22      22-P1450501                    Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



23      23-P1450520              Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



24     40-P1450528                    Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



25      24-P1450555                    Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



26      25-P1450557                    Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



27      26-P1450563                 Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



28      27-P1450590              Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



29    28-P1450593                    Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



30      29-P1450606                    Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



31    30-P1450610                    Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



32      31-P1450616                    Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



33    32-P1450613                Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



34     33-P1450614                    Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



35      34-P1450615                Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



36    35-P1450617              Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



37      36-P1450552                    Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



38    37-P1450551                Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



39      38-P1450560                Date Taken: 10/28/2024



**Metro Public Adjustment, Inc.**

3550 Bristol Pike
Bensalem, PA 19020
O: (215) 633-8000
F: (215) 633-8042
mail@metropa.com



40      39-P1450545                    Date Taken: 10/28/2024

Level 1

Page: 50

1/31/2025

Room2

Room1

Level 1

2024-06-0244

Level 2

Page: 51

1/31/2025

Balcony Level

74'4"

75'

69'5"

66'2"

N ⇧

Level 2

2024-06-0244



Roof

Page: 52

1/31/2025

Roof

2024-06-0244

Parapet walls

Page: 53

1/31/2025

N ⇦

Parapet Walls

164' 10"

166' 6"

Parapet walls

2024-06-0244